## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO: 3:03CR131

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>BROOKS TYRONE CHAMBERS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER TO UNSEAL** |

**UPON MOTION** of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that all reference to this matter and all pleadings in this matter be unsealed;

**NOW, THEREFORE, IT IS ORDERED** that all reference to this matter and all pleadings in this matter immediately be and remained unsealed.

**Signed: June 10, 2005**

David C. Keesler
United States Magistrate Judge