# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:03cr131

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BROOKS TYRONE CHAMBERS. ) | |

**THIS MATTER** is before the Court on the Motion for Request for Special Admission [Doc. 26] and Supplement to Motion for Special Admission [Doc. 28].

On April 8, 2009, this case was reassigned to the undersigned as the presiding judge. At the time of reassignment, the motion of Darren S. Haley for special admission was pending. On review of that motion, Mr. Haley was contacted by chambers staff and asked to supplement his motion. Mr. Haley has done so, his filing fee has been paid into court and the Court finds that he has met the prerequisites of the Local Criminal Rule for Special Admission. Local Criminal Rule 44.1(B)(4)(c).

**IT IS, THEREFORE, ORDERED** that the Motion for Request for Special Admission [Doc. 26] is hereby **GRANTED.**

Signed: April 14, 2009

Martin Reidinger
United States District Judge